UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLA V. MOROZOYA,<br><br>        Defendant. | 2:19-po-00333-CKD<br><br>ORDER TO DISMISS AND VACATE COURT TRIAL<br><br>DATE:  February 4, 2020<br>TIME:  10:00 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00333-CKD without prejudice is GRANTED.

It is further ordered that the court trial scheduled on February 4, 2020, is vacated.

IT IS SO ORDERED.

Dated: January 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE